AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Wangs Alliance Corporation (d/b/a WAC Lighting Co.) <br><br> *Plaintiff(s)* <br> v. <br> Lumien Enterprise, Inc. (d/b/a Lumien Lighting) <br><br> *Defendant(s)* | Civil Action No. 1:19-CV-4653 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lumien Enterprise, Inc. (d/b/a Lumien Lighting)
1791 West Oak Parkway NE
Suite 1
Marietta, Georgia 30062
United States of America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Luke Anderson, Esq.
Atlanta Technlogy Law
(Luke Anderson P.C.)
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338-7702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN



CLERK OF COURT

Date: 10/17/2019

s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lumien Enterprises, Inc. (d/b/a Lumien Lighting)
was received by me on *(date)* 11/08/2019 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Binbin Ma, Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Lumien Enterprises, Inc.
(d/b/a Lumien Lighting) on *(date)* 11/08/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2019

*Server's signature*

Amy Ferrero, Process Server
*Printed name and title*

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, Georgia 30312
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, Complaint for Patent Infringement with Exhibit Dkt.1-1 and 1-2, Standing Order Regarding Civil Litigation, Wangs Certifictae of Interested Persons and Corporate Disclosure Statement, Proposed Form AO120, Wang's Amended Certificate of Interested Persons and Corporate Disclosure Statement, Form AO 120 Filed, First Amended Complaint For Patent Infringement with Exhibits Dkt. 8-1 and Dkt. 8-2, Proposed Supplemental Form AO 120 and Supplemental Form AO 120 Filed.